QUAKER OATS COMPANY, Respondent, *v.* CITY OF NEW YORK et al.. Appellants.

Submitted May 20, 1946; decided May 23, 1946.

*Charles H. Tuttle* for motion.

*John J. Bennett, Corporation Counsel* (*Stanley Buchsbaum* of counsel), opposed.

Motion denied, with $10 costs.